UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FELIPE ROCHA,

        Plaintiff,

  v.

ROBERT A. HOREL et al,

        Defendant.

Case Number: CV07-03295 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felipe Rocha K-94573
Pelican Bay State Prison
D-9-213 SHU
P.O. Box 7500
Crescent City, CA 95532-7500

Attorney General's Office
455 Golden Gate Avenue
Ste 11000
San Francisco, CA 94102

Dated: November 15, 2007

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk