1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLEN R. CROWN
   Deputy Attorney General
6  State Bar No. 56818
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5847
8    Fax: (415) 703-1234
     E-mail:  Allen.Crown@doj.ca.gov
9
   Attorneys for Respondent
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 **FELIPE ROCHA,**                         C 07-3295 CRB (PR)

16                         Petitioner,       **NOTICE OF LODGING
                                             EXHIBITS WITH COURT**
17       **v.**

18 **ROBERT A. HOREL, Warden,**

19                         Respondent.

20

21      Notice is hereby given that the following exhibits are lodged in support of respondent's

22 answer and memorandum of points and authorities:

23      EXHIBIT A   Clerk's Transcript (2 vols.), *People v. Rocha*, Del Norte County Case No.
                   CRPB 03-5207.
24
        EXHIBIT B   Reporter's Transcript (15 vols.), *People v. Rocha*, Del Norte County Case No.
25                  CRPB 03-5207.

26      EXHIBIT C   Exhibit No. 15, *People v. Rocha*, Del Norte County Case No.  CRPB 03-5207.

27      EXHIBIT D   Appellant's Opening Brief, *People v. Rocha*, California Court of Appeal Case
                   No. A108363.
28

Notice of Lodging Exhibits with Court - *Rocha v. Horel*, C 07-3295 CRB (PR)
                                         1

| | | |
|---|---|---|
| EXHIBIT E | Respondent's Brief, *People v. Rocha*, California Court of Appeal Case No. A108363. |
| EXHIBIT F | Appellant's Reply Brief, *People v. Rocha*, California Court of Appeal Case No. A108363. |
| EXHIBIT G | Opinion, *People v. Rocha*, California Court of Appeal Case No. A108363. |
| EXHIBIT H | Petition For Review, *People v. Rocha*, California Supreme Court Case No. S144613. |
| EXHIBIT I | Denial Of Review, *People v. Rocha*, California Supreme Court Case No. S144613. |

Dated: December 10, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Allen R. Crown
ALLEN R. CROWN
Deputy Attorney General

Attorneys for Respondent