**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Rocha v. Horel, Warden**

No.:   **C 07-3295 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>December 12, 2007</u>, I served the attached

**ANSWER TO ORDER TO SHOW CAUSE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER**

**NOTICE OF LODGING EXHIBITS WITH COURT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Felipe Rocha
K-94573
Pelican Bay State Prison
D-9-213 SHU
P.O. Box 7500
Crescent City, CA 95532-7500

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 12, 2007, at San Francisco, California.

|  S. Agustin  |  /s/ S. Agustin  |
|:---:|:---:|
| Declarant | Signature |

40195815.wpd