FILED
RECEIVED
MAR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

HELLO I WRITE THIS LETTER TO ENQUIRE TO THE COURTS AS TO MY CASES CURENT STANDING.

THE CASE IS #C 07-3295 CRB (PR) AND IN DECEMBER 22ND I MAILED OUT A TRAVERSE ORIGINAL TO THE COURTS AND A COPY TO THE ATTORNEY GENERAL BUT NEITHER WROTE BACK TO NOTEFY ME THAT THEY RECEIVED IT.

ANY UPDATE WILL BE APPRECIATED

THANK YOU AND MAY YOU CONTINUE TO CREATE A PEACEFILLED DAY —

Felipe

mr. Felipe Rocha #K.94573
PBSP-D-9-213 c SHU
P.O. Box-7500
Crescent City CA
95532-7500

Legal
Mail

Court Clerk —
United States District Court
Of The Northern District
450 Golden Gate Ave
San Francisco CA
94102-3483

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIP CODE 95531

9410 2303 6661 0004