UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FELIPE ROCHA,

        Plaintiff,

  v.

ROBERT A. HOREL et al,

        Defendant.
                                        /

Case Number: CV07-03295 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felipe Rocha K-94573
Pelican Bay State Prison
D-9-213 SHU
P.O. Box 7500
Crescent City, CA 95532-7500

Dated: July 7, 2008

                                     Richard W. Wieking, Clerk
                                     By: Barbara Espinoza, Deputy Clerk