IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ROCHA,<br><br>      Petitioner,<br><br>  v.<br><br>ROBERT A. HOREL, Warden,<br><br>      Respondent._____/ | No. CV 07-03295 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment be entered in favor of respondent.

Dated: July 7, 2008                                        Richard W. Wieking, Clerk

                                                                            By:<br>
                                                                            Deputy Clerk