1  FELIPE ROCHA # K-94573      FILED
2  PBSP- D-9-213' SHU    08 JUL 25 PM 1:13
3  P.O. BOX- 7500        RICHARD W. WIEKING
                         CLERK, U.S. DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
4  CRESCENT CITY CA/ 95532
5
6     IN PROSE
7
8        IN THE UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11  FELIPE ROCHA # K-94573  )
12       PETITIONER         )     NO: C 07-3295 CRB PR
           VS.              )
13                          )     NOTICE OF
14  ROBERT A HOREL (WARDEN) )     APPEAL
15       RESPONDENT         )
16  _____
17
18  NOTICE IS GIVEN THAT FELIPE ROCHA
19  # K-94573 PETITIONER IN THE ABOVE CASE
20  HEREBY APPEALS FROM THE JUDGEMENT
21  OF THE COURT DENYING THE THE
22  PETITION FOR WRIT OF HABEAS CORPUS.
23  SAID JUDGEMENT WAS ENTERED ON
24  JULY 7. 2008 BY HONORABLE
25  CHARLES. R. BREYER. UNITED
26  STATES DISTRICT JUDGE.
27     FILED CONTEMPORANEOUSLY WITH
28  THIS NOTICE OF APPEAL, PETITIONER

(NOTICE OF APPEAL)

1  RESPECTFULLY SUBMITS AN APPLICATION
2  FOR CERTIFICATE OF APPEALABILITY
3  FROM THE DISTRICT COURT.
4
5
6
7  DATED- 7-16-08
8
9
10                                  RESPECTFULLY SUBMITED
11                                  BY. *Felipe Rocha*
12
13                                  FELIPE ROCHA # K-94573
                                    P.O. BOX- 7500
14                                  CRESCENT CITY CA
15                                        95532-7500
16
17
18
19
20
21
22
23                                            IN
24                                         PRO SE
25
26
27
28

(NOTICE OF APPEAL)
(PAGE 2 OF 2)