**FILED**

**JUL 2 5 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FELIPE ROCHA )
#K-94573 )
          Plaintiff, )   CASE NO. C 07 3295-CRB PR
)
vs. )   **PRISONER'S**
)   **APPLICATION TO PROCEED**
)   **IN FORMA PAUPERIS**
ROBERT A HOREL )
(WARDEN)   Defendant. )
)

#K-94573

I, FELIPE ROCHA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ☐ No ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____I HAVE NEVER WORKED IN_____
5  __MY LIFE._____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or            Yes ☐  No ☑
10           self employment
11      b.   Income from stocks, bonds,         Yes ☐  No ☑
12           or royalties?
13      c.   Rent payments?                     Yes ☐  No ☑
14      d.   Pensions, annuities, or            Yes ☐  No ☑
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ☐  No ☑
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.      Are you married?                    Yes ☐  No ☑
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $____N/A_____ Net $____N/A_____
28  4.   a.  List amount you contribute to your spouse's support:$ ____N/A____

-2-

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____ N/A _____
6    _____

7  5.   Do you own or are you buying a home?   Yes ☐   No ☑
8  Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
9  6.   Do you own an automobile?   Yes ☐   No ☑
10 Make N/A   Year N/A   Model N/A
11 Is it financed? Yes ☐   No ☐   If so, Total due: $ N/A
12 Monthly Payment: $ N/A
13 7.   Do you have a bank account?   Yes ☐   No ☑ (Do not include account numbers.)
14 Name(s) and address(es) of bank: N/A
15 _____
16 Present balance(s): $ N/A
17 Do you own any cash? Yes ☐ No ☑ Amount: $ I Am only living off money sent for store —
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ☐   No ☑
20 N/A

21 8.   What are your monthly expenses?
22 Rent: $ N/A   Utilities: N/A
23 Food: $ I Go To Canteen when I can   Clothing: N/A
24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on this Account
26 _____ N/A _____     $ _____ N/A _____     $ _____ N/A _____
27                     $                     $
28                     $                     $

- 3 -

1  9.     Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _I OWE $1500 IN RESTITUTION TO_
4  _VICTIMS. The STATE TAKES 55% of every_
5  _money sent for me for store. "_

6  10.    Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ☐  No ☑
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10  _____N/A_____
11  _____N/A_____

12      I consent to prison officials withdrawing from my trust account and paying to the court
13  the initial partial filing fee and all installment payments required by the court.
14      I declare under the penalty of perjury that the foregoing is true and correct and
15  understand that a false statement herein may result in the dismissal of my claims.
16
17  _7-16-08_                         _[signature]_
        DATE                              SIGNATURE OF APPLICANT
18
19
20                              Case Number: C 07 3295-CRB PR
21
22
23
24
25
26
27
28

-4-

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Felipe Rocha  K94573</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>48.38</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>129.68</u>.   (20%= $25.94)

Dated: 7/17/08                           _____
                                           Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-17-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 17, 2008

ACCOUNT NUMBER : K94573                 BED/CELL NUMBER: DF09U 000000213L
ACCOUNT NAME   : ROCHA, FELIPE          ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                         TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION         COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------         -------   ---------   --------   -----------   -------

01/01/2008  BEGINNING BALANCE                                                   120.16

01/03 FC05  DRAW-FAC 5    2801   D-9                                45.00        75.16
01/07 W501  SHIPPING CHAR 2831                                       6.44        68.72
01/07 W517  WRAP/S        2831                                       0.50        68.22
01/09 W502  POSTAGE CHARG 2916                                       1.48        66.74
01/09 W502  POSTAGE CHARG 2916                                       0.41        66.33
01/09 W502  POSTAGE CHARG 2916                                       0.41        65.92
01/17 W502  POSTAGE CHARG 3062                                       0.90        65.02
01/17 W502  POSTAGE CHARG 3062                                       0.41        64.61
01/18 W502  POSTAGE CHARG 3083                                       1.14        63.47
01/18 W502  POSTAGE CHARG 3083                                       1.65        61.82
01/22 W502  POSTAGE CHARG 3126                                       0.75        61.07
01/24 W502  POSTAGE CHARG 3171                                       0.97        60.10
01/24 W502  POSTAGE CHARG 3190                                       1.31        58.79
01/31 W502  POSTAGE CHARG 3311                                       0.90        57.89
02/04 FC05  DRAW-FAC 5    3354   D-9                                45.00        12.89
02/20 W502  POSTAGE CHARG 3631                                       1.14        11.75
02/21 W502  POSTAGE CHARG 3664                                       0.97        10.78
02/27 W502  POSTAGE CHARG 3762                                       0.97         9.81
03/03 FC05  DRAW-FAC 5    3810   D-9                                 2.10         7.71
03/05 W502  POSTAGE CHARG 3873                                       0.41         7.30
03/05 W502  POSTAGE CHARG 3873                                       0.41         6.89
03/05 W502  POSTAGE CHARG 3873                                       1.31         5.58
03/06 W502  POSTAGE CHARG 3920                                       0.41         5.17
03/12*DD30  CASH DEPOSIT  3999  #177        135.00                                140.17
03/14 W502  POSTAGE CHARG 4040                                       0.90        139.27
03/14 W502  POSTAGE CHARG 4040                                       1.14        138.13
03/18 W502  POSTAGE CHARG 4077                                       1.80        136.33
03/18 W502  POSTAGE CHARG 4077                                       1.31        135.02
03/19 W502  POSTAGE CHARG                                            0.58        134.44
03/24 W502  POSTAGE CHARG 4157                                       0.97        133.47
03/26 W502  POSTAGE CHARG 4203                                       0.41        133.06
03/26 W502  POSTAGE CHARG 4203                                       0.97        132.09
03/26 W502  POSTAGE CHARG 4203                                       0.58        131.51
04/02 FC05  DRAW-FAC 5    4289   D-9                                45.00         86.51
04/02 W536  COPAY CHARGE  4295M04/01                                 5.00         81.51
04/07 W536  COPAY CHARGE  4385M04/04                                 5.00         76.51
04/11*DD30  CASH DEPOSIT  4461  #197         11.25                                 87.76
04/15 W512  LEGAL POSTAGE 4499                                       0.58         87.18
04/16 W502  POSTAGE CHARG 4544                                       0.41         86.77
04/16 W502  POSTAGE CHARG 4544                                       0.41         86.36
04/16 W502  POSTAGE CHARG 4543                                       1.65         84.71
04/17 W502  POSTAGE CHARG 4568                                       0.58         84.13
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-17-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY J. Kloppris  pg 1 of 4
TRUST OFFICE

```
REPORT ID: TS3030  .701                                    REPORT DATE: 07/17/08
                                                           PAGE NO:          2
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 17, 2008

ACCT:  K94573         ACCT NAME: ROCHA, FELIPE              ACCT TYPE: I
       TRAN
DATE   CODE  DESCRIPTION     COMMENT       CHECK NUM    DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  --------------- ------------  ---------    --------   -----------   -------
04/17  W502  POSTAGE CHARG   4568                                       0.90       83.23
04/28  W512  LEGAL POSTAGE   4680                                       0.41       82.82
04/28  W512  LEGAL POSTAGE   4680                                       0.41       82.41
05/01 *DD34  EFT DEPOSIT O   4723JP#419                    9.00                    91.41
05/01  W502  POSTAGE CHARG   4721                                       0.41       91.00
05/01  W502  POSTAGE CHARG   4721                                       0.41       90.59
05/01  W502  POSTAGE CHARG   4721                                       0.58       90.01
05/01  W502  POSTAGE CHARG   4726                                       0.41       89.60
05/01  W502  POSTAGE CHARG   4726                                       0.97       88.63
05/01  W502  POSTAGE CHARG   4726                                       0.58       88.05
05/01  W502  POSTAGE CHARG   4726                                       0.58       87.47
05/02  FC05  DRAW-FAC 5      4759         D-9                          36.90       50.57
05/05  W502  POSTAGE CHARG   4807                                       0.58       49.99
05/05  W502  POSTAGE CHARG   4807                                       0.97       49.02
05/05  W502  POSTAGE CHARG   4807                                       0.41       48.61
05/06  W502  POSTAGE CHARG   4851                                       0.41       48.20
05/06  W502  POSTAGE CHARG   4851                                       0.41       47.79
05/07  W536  COPAY CHARGE    4857M05/05                                 5.00       42.79
05/12  W512  LEGAL POSTAGE   4903                                       0.41       42.38
05/13  W536  COPAY CHARGE    4923M05/07                                 5.00       37.38
05/13  W502  POSTAGE CHARG   4928                                       1.80       35.58
05/13  W502  POSTAGE CHARG   4928                                       0.58       35.00
05/13  W502  POSTAGE CHARG   4928                                       0.58       34.42
05/19  W512  LEGAL POSTAGE   5030                                       0.17       34.25
05/20  W502  POSTAGE CHARG   5064                                       0.42       33.83
05/21 *DD30  CASH DEPOSIT    5069         #225            135.00                   168.83
05/21  W502  POSTAGE CHARG   5075                                       0.93      167.90
05/22  W415  CASH WITHDRAW   5085         CKREQ 283150866               2.00      165.90
05/22  W502  POSTAGE CHARG   5099                                       0.90      165.00
05/22  W502  POSTAGE CHARG   5099                                       0.41      164.59
05/22  W502  POSTAGE CHARG   5099                                       0.41      164.18
05/22  W502  POSTAGE CHARG   5099                                       0.41      163.77
05/27  W502  POSTAGE CHARG   5145                                       0.42      163.35
05/27  W502  POSTAGE CHARG   5145                                       0.42      162.93
05/28  W502  POSTAGE CHARG   5172                                       1.34      161.59
05/28  W502  POSTAGE CHARG   5176                                       0.42      161.17
05/28  W502  POSTAGE CHARG   5176                                       0.42      160.75
05/28  W502  POSTAGE CHARG   5176                                       0.59      160.16
05/28  W502  POSTAGE CHARG   5176                                       0.42      159.74
06/02  W512  LEGAL POSTAGE   5220                                       0.20      159.54
06/03  FC05  DRAW-FAC 5      5241         D-9                          45.00      114.54
06/04  W502  POSTAGE CHARG   5288                                       0.01      114.53
06/04  W502  POSTAGE CHARG   5288                                       0.01      114.52
06/04  W502  POSTAGE CHARG   5288                                       0.42      114.10
06/04  W502  POSTAGE CHARG   5288                                       0.42      113.68
06/04  W502  POSTAGE CHARG   5288                                       0.59      113.09
06/11  W835  REVERSE COPAY   5434M04/04                                 5.00-     118.09
06/18  W502  POSTAGE CHARG   5540                                       0.03      118.06
06/18  W502  POSTAGE CHARG   5540                                       0.03      118.03
06/20  W501  SHIPPING CHAR   5585                                       6.44      111.59
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-17-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] S. Kleppin
TRUST OFFICE   pg 2 of 4

```
REPORT ID: TS3030  .701                                    REPORT DATE: 07/17/08
                                                           PAGE NO:           3
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 17, 2008

ACCT:  K94573        ACCT NAME: ROCHA, FELIPE                 ACCT TYPE: I

         TRAN
DATE     CODE  DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----    ----  -----------      -------    ---------   --------   -----------   -------
06/20   W517  WRAP/S           5585                                  0.50       111.09
06/23   W502  POSTAGE CHARG    5608                                  0.93       110.16
06/23   W502  POSTAGE CHARG    5608                                  0.76       109.40
06/23   W502  POSTAGE CHARG    5608                                  0.03       109.37
06/23   W502  POSTAGE CHARG    5608                                  0.03       109.34
06/23   W502  POSTAGE CHARG    5608                                  0.03       109.31
07/02   W502  POSTAGE CHARG    0023                                  0.42       108.89
07/02   W502  POSTAGE CHARG    0023                                  0.03       108.86
07/08   FC05  DRAW-FAC 5       0124        D-9                      45.00        63.86
07/08*  W513  MISC. CHARGES    0140                                  0.63        63.23
07/10   W502  POSTAGE CHARG    0213                                  1.00        62.23
07/10   W502  POSTAGE CHARG    0213                                  0.93        61.30
07/10   W502  POSTAGE CHARG    0213                                  1.00        60.30
07/10   W502  POSTAGE CHARG    0213                                  0.59        59.71
07/10   W502  POSTAGE CHARG    0199                                  0.76        58.95
07/10   W502  POSTAGE CHARG    0199                                  0.94        58.01
07/10   W502  POSTAGE CHARG    0199                                  0.76        57.25
07/16   W502  POSTAGE CHARG    0286                                  0.59        56.66
07/16   W502  POSTAGE CHARG    0286                                  1.17        55.49


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/27/98                   CASE NUMBER:  *SC073515
COUNTY CODE:  *KER                         FINE AMOUNT: $   2,621.70

    DATE          TRANS.     DESCRIPTION             TRANS. AMT.     BALANCE
    ----          ------     -----------             -----------     -------

 01/01/2008    BEGINNING BALANCE                                     1,871.70

 03/12/08       DR30       REST DED-CASH DEPOSIT       150.00-       1,721.70
 04/11/08       DR30       REST DED-CASH DEPOSIT        12.50-       1,709.20
 05/01/08       DR34       REST DED-EFT DEPOSIT         10.00-       1,699.20
 05/21/08       DR30       REST DED-CASH DEPOSIT       150.00-       1,549.20

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-17-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY 
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 17, 2008

ACCT: K94573          ACCT NAME: ROCHA, FELIPE                ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 120.16 | 290.25 | 354.92 | 55.49 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-17-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY (signature) pg 4 of 4
TRUST OFFICE

CURRENT AVAILABLE BALANCE

55.49

# INMATE REQUEST FOR INTERVIEW

**STATE OF CALIFORNIA** — **DEPARTMENT OF CORRECTIONS**
ATF (9/92)

| DATE | TO | FROM (LAST NAME) | | CDC NUMBER |
|---|---|---|---|---|
| 7-20-08 | Law Library | Rocha | | K-94573 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
| A-9- | 2131 | SHU | | |

**OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)** — ASSIGNMENT HOURS FROM / TO

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

YES TRUST OFFICE JUST CONTACTED ME SEE ATTACHED RESPONSE. IN REGARDS TO TFP FORM PLEASE COME BACK BY 80-10/08 SO I COULD MAIL OUT THE LEGAL PAPERS COPIED FOR ME ON THURSDAY. 7-16-08

---

**INTERVIEWED BY**: DeRew
**DISPOSITION**: Will come by 7/22/08 to mail TFP
**DATE**: 7/21/08

**STATE OF CALIFORNIA**
GA-22 (9/92)
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | JOB NUMBER | CDC NUMBER |
|---|---|---|---|---|
| 7-17- | PELICAN BAY STATE PRISON SECURITY HOUSING UNIT | Rocha | | K-94573 |

| HOUSING | BED NUMBER | ASSIGNMENT | FROM | ASSIGNMENT HOURS | TO |
|---|---|---|---|---|---|
| D-7- | UNIT D-9 | | | X | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) SHU

**Clearly state your reason for requesting this interview.**
**You will be called in for interview in the near future if the matter cannot be handled by correspondence.**

I have notified the Law Library that you have my intention to appeal's filed. certified time of funds I am please requesting a updated trust certificate stamp by money situation that was cashly enclose it with the legal documents the law library has right now

DISPOSITION: Please mail you. All this. Requested Documents. Thank you very much.

The six-month certified trust statement you requested has been completed and mailed to your Law Library today: Friday, July 18, 2008.
Your Law Library will contact you regarding mail out.

| INTERVIEWED BY | DATE |
|---|---|

COMPLETED JUL 17 2008

NAME: FELIPE ROCHA
CDC NO: K98521 HOUSING: D-9-213 SHU

**PELICAN BAY STATE PRISON**
P.O. BOX 7500
CRESCENT CITY, CA 95532

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
$02.19⁰
JUL 23 2008
MAILED FROM ZIP CODE 95531



