IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELIPE ROCHA,                          )
                                       )
            Petitioner,                )        No. C 07-3295 CRB (PR)
                                       )
      vs.                              )        ORDER DENYING
                                       )        CERTIFICATE OF
ROBERT A. HOREL, Warden,               )        APPEALABILITY
                                       )
            Respondent.                )        (Docs # 15 & 16)
_____        )

         Petitioner has filed a notice of appeal and request for a certificate of

appealability (COA) under 28 U.S.C. § 2253(c) and Federal Rule of Appellate

Procedure 22(b).  He also seeks leave to proceed in forma pauperis on appeal.

         Petitioner's request for a COA (doc # 15) is DENIED because petitioner

has not made "a substantial showing of the denial of a constitutional right."  28

U.S.C. § 2253(c)(2).  Petitioner has not demonstrated that "reasonable jurists

would find the district court's assessment of the constitutional claims debatable

or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

         Based on his affidavit of poverty, petitioner's request to proceed in forma

pauperis on appeal (doc # 16) is GRANTED.

         The clerk shall forward to the court of appeals the case file with this order.

See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED: **SEP 2 5 2008**

                                          CHARLES R. BREYER
                                          United States District Judge

G:\PRO-SE\CRB\HC.07\Rocha, F1.coa.wpd